# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

**-vs-**          Case No.: 10-00244-06-CR-W-DW

**MARILYN BAGLEY**

         USM Number: 23024-045

         P. J. O'Connor, CJA

## JUDGMENT IN A CRIMINAL CASE
### (For Revocation of Probation or Supervised Release)

**THE DEFENDANT:** admitted/stipulated to violation of the mandatory, standard and special condition(s) of the term of probation. The defendant is adjudicated guilty of these violation(s):

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory | "The defendant shall not commit another federal, state, or local crime." | 3/18/15 |
| Mandatory | "The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the Probation Officer." | 3/18/15 |
| Standard | "The defendant shall notify the probation officer at least ten (10) days prior to any change in residence or employment." | 3/18/15 |
| Special | "The defendant shall register with the state sex offender registration agency in any state where the defendant resides, is employed, carries a vocation, or is a student, as directed by the probation officer. The defendant shall adhere to the registration and notification procedures of the state in which the defendant resides. The defendant shall comply with all state and federal sex offender registration requirements." | 3/18/15 |
| Special | "The defendant shall not consume or possess alcoholic beverages or beer, including 3.2 percent beer at any time, and shall not be present in any establishment where alcoholic beverages are the primary items for sale." | 3/18/15 |
| Special | "The defendant shall not possess or use any camera, nor possess or use any other device with the capability of taking pictures, without the prior approval of the U.S. Probation Officer." | 3/26/15 |

| | | |
|---|---|---|
| Special | "The defendant shall not possess or use any computer; except that the defendant may, with the prior approval of the U.S. Probation Officer, use a computer in the connection with authorized employment." | **3/26/15** |
| Standard | "The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer." | **3/18/15** |
| Standard | "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer." | **3/18/15** |
| Special | "Restitution payments are reduced from $100 to $25 per month." | **2/2015** |
| Mandatory | "If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment." | **2/2015** |
| Special | "While on supervision, defendant shall be at her place of residence between the hours of 10:00 p.m. and 6:00 a.m., 7 days per week, unless her work schedule requires her to be at work past 10:00 p.m. If the defendant works beyond 10:00 p.m., she shall be at her place of residence within 30 minutes after her work day is complete." | **3/13/15** |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

                    Date of Imposition of Sentence:  4/29/15


                    /s/ Dean Whipple
                    DEAN WHIPPLE
                    SENIOR UNITED STATES DISTRICT JUDGE


                    April   29  , 2015

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **48 months, with credit for time-served, with no period of supervised release to follow**.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

						_____
						UNITED STATES MARSHAL


						By:_____
						Deputy U.S. Marshal